**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    CASE NO.: 4:06-CR-024-SPM

JOSE LUIS LEDESMA,
and
HARY JOSUE GONZALEZ QUEZADA

    Defendants.
_____/

## **FINAL ORDER OF FORFEITURE**

THIS CAUSE CAME before the court on the Motion of the United States of America for a Final Order of Forfeiture (doc. 88). Being fully advised in the premises, the Court finds as follows:

WHEREAS, on September 26, 2006, this Court entered a Preliminary Order of Forfeiture of Defendant's interest in **$4,000.00 in U.S. Currency,** pursuant to the provisions of 21 U.S.C. § 853, based upon the Forfeiture Count of the Indictment; and

WHEREAS, on October 20, 2006, the United States of America caused to be published in the Suwannee Democrat, a newspaper of general circulation, notice of this forfeiture and the intent of the United States of America to dispose of the property, in accordance with the law, and further notifying all third parties of their

right to file a petition setting forth their interest in said property, and

WHEREAS, no persons or entities having an interest in the above-referenced property have timely filed petitions, it is hereby

ORDERED, ADJUDGED and DECREED that the right, title and interest to the above-referenced property, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of in accordance with the law.

DONE AND ORDERED this twenty-fifth day of February, 2008.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge