**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                         CASE NO.: 4:06-CR-024-SPM

JOSE LUIS LEDESMA,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the magistrate judge's Report and Recommendation (doc. 119) dated January 7, 2008. The parties have been furnished a copy and have been afforded an opportunity to file objections. Defendant filed objections (doc. 120) on January 28, 2008.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made. Even in light of the "Haines rule"[1], which prescribes a liberal construction of *pro se* inmate filings, Defendant's claims lack merit. The magistrate judge carefully considered the factual history available to him in making his decision and applied the correct legal standard in reaching a decision. Even considering all facts in

---

[1] Haines v. Kerner, 404 U.S. 519 (1972).

the light most favorable to Defendant, the motion fails to state a claim for relief. Defendant's objections do not rise to the level of showing entitlement to any relief. Defendant has not demonstrated any error in the magistrate's report or the findings contained therein. In addition, this Court specifically finds that Defendant's trial counsel was not ineffective.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's Report and Recommendation (doc. 119) is adopted and incorporated by reference in this order.
2. Defendant's §2255 post-conviction motion (doc. 107) is hereby *denied with prejudice*.

**DONE AND ORDERED** this twenty-fourth day of March, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge